UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 2:19-CR-0070-TOR |
| v. | Protective Order re: Computer Forensic Review Procedures for Child Pornography Contraband |
| ORLANDO BAIRES-CARTAGENA, | |
| Defendant. | |

BEFORE THE COURT is the parties' Stipulated Motion re: Computer Forensic Review Procedures for Child Pornography Contraband. ECF No. 18. The motion was submitted for consideration without oral argument on an expedited basis. The Court has reviewed the file and the records therein and is fully informed.

As the parties have stipulated to review procedures for child pornography contraband in this matter, the Court finds good cause to grant the motion. The procedures contained in the parties' stipulation, ECF No. 18, shall govern the

//

//

//

forensic review of the child pornography contraband in this matter.

Dated May 17, 2019.



_____
THOMAS O. RICE
Chief United States District Judge

Protective Order re: Computer Forensic Review Procedures for Child Pornography Contraband